IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

G.A.G.C.,                              *

    Petitioner,                      *

vs.                                    *

                                CASE NO. 4:25-CV-347 (CDL)

WARDEN JASON STREEVAL, *et al.*,   *

    Respondents.                     *

O R D E R

The Court previously denied Petitioner's Petition for habeas corpus. Order (Nov. 24, 2025), ECF No. 10. Judgment was entered. Petitioner filed a motion for reconsideration, which the Court construes as a motion to alter or amend judgment under Federal Rule of Civil Procedure 59(e). *See Mays v. U.S. Postal Serv.*, 122 F.3d 43, 46 (11th Cir. 1997) (per curiam) (construing a post-judgment motion for reconsideration as a Rule 59 motion to alter or amend the judgment). "The only grounds for granting [a Rule 59] motion are newly-discovered evidence or manifest errors of law or fact." *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007) (per curiam) (alteration in original) (quoting *In re Kellogg*, 197 F.3d 1116, 1119 (11th Cir. 1999)). Here, Petitioner does not assert that there is any newly discovered evidence, and the Court is not convinced that it made manifest errors of law or fact.

Accordingly, Petitioner's motion for reconsideration (ECF No. 12) is denied.

IT IS SO ORDERED, this _29th day of April, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA